UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JOHN DOE,

                           Plaintiff,               **SCHEDULING ORDER**
                                                           CV 20-4256 (AMD) (SIL)

      -against-

LONG ISLAND UNIVERSITY et al,

                           Defendants.
------------------------------------------------------------X

**LOCKE, Magistrate Judge:**

**DEADLINES & COURT APPEARANCES**

  1/28/21      **:**     Rule 26(a)(1) disclosures deadline

  2/12/21      **:**     Initial discovery requests deadline

  3/12/21      **:**     Initial discovery response deadline

  4/6/21       **:**     Motions to join new parties or amend the pleadings

  **3/30/21 at 10:00 am :**  Tele-Status Conference via the Court's AT&T Conference line
                                    **Dial 1-877-336-1829 and enter access code 3002871**#

  9/15/21      **:**     Completion of depositions

  9/15/21      **:**     Identification of case-in-chief experts and service of Rule 26 disclosures

  10/15/21     **:**     Identification of rebuttal experts and service of Rule 26 disclosures

  10/1/21      **:**     Commencement of summary judgment motion practice. Depending on the assigned district judge, the first action commencing the practice would be either requesting a pre-motion conference or initiating the exchange of Local Civil Rule 56.1 statements. Parties are required to consult the individual rules of the district judge regarding motion practice.

 **11/15/21 at 10:00 am:**     Pretrial tele-conference via the Court's AT&T Conference line. The parties should dial **1-877-336-1829 and enter access code 3002871# at the prompt.** If the trial judge requires one, a joint proposed pretrial order in compliance with that judge's requirements and signed by counsel for each party must be received by the undersigned 3 business days prior this conference.

**This scheduling order will be modified by the Court only upon a timely showing of good cause. Any request for modification of this scheduling order must be in writing, and submitted in accordance with the undersigned's Individual Rule 2 (C).**

Motions to resolve discovery disputes must be made by letter in accordance with Local Civil Rules 37.1 & 37.3 and in compliance with additional requirements set forth in the undersigned's Individual Rules. Motions that do not comply with all requirements will be returned to the movant. Untimely opposition, or no opposition, to letter motions may result in the motion's being granted as unopposed.

All parties are advised that they are under a continuing obligation to keep the Court apprised of any changes in their contact information including, but not limited to, their addresses.

Dated: Central Islip, New York   **SO ORDERED:**
      January 14, 2021

                                                    _s/ Steven I. Locke_
                                                    STEVEN I. LOCKE
                                                    United States Magistrate Judge