LAW OFFICES OF
## Aidala, Bertuna & Kamins, P.C.

ARTHUR L. AIDALA
MARIANNE E. BERTUNA
HON. BARRY KAMINS (RET.)
HON. JOHN LEVENTHAL (RET.)
JOHN S. ESPOSITO
MICHAEL T. JACCARINO
IMRAN H. ANSARI
DIANA FABI SAMSON
ANDREA M. ARRIGO
MICHAEL DIBENEDETTO
TAYLOR FRIEDMAN

546 FIFTH AVENUE
NEW YORK, NY 10036
TELEPHONE: (212) 486-0011
FACSIMILE: (212) 750-8297
WWW.AIDALALAW.COM

8118 - 13TH AVENUE
BROOKLYN, NEW YORK 11228
TEL: (718) 238-9898
FAX: (718) 921-3292

OF COUNSEL
JOSEPH A. BARATTA
ANTOINETTE LANTERI
WILLIAM R. SANTO
PETER S. THOMAS
LAWRENCE SPASOJEVICH

SENIOR COUNSEL
LOUIS R. AIDALA
JOSEPH P. BARATTA

January 7, 2022

**VIA ELECTRONIC FILING**

Magistrate Judge Steven I. Locke
United States District Court, Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

Re: *John Doe v. Long Island University, et al.*
    *Civil Action No. 2:20-cv-4256*

Dear Magistrate Judge Locke:

We represent the Plaintiff in the above-referenced matter. We write on behalf of all parties pursuant to your Individual Rules to request an adjournment of the remaining discovery deadlines in this action.

On November 10, 2021, Defendants submitted a letter motion for an extension of time to complete discovery and on November 11, 2021, Your Honor granted said extension to January 28, 2022. ECF Doc. No. 26.

Since that time, the deposition of Plaintiff and both of his parents was conducted on November 19, 2021. The parties have diligently proceeded through the discovery process. Plaintiff and Defendants have scheduled two additional depositions to take place on January 26, 2022 and January 27, 2022. We have scheduled the final deposition to take place on March 4, 2022.

In sum and to date, there are seven depositions that were noticed, and three deposition have been completed. The outstanding depositions are now all scheduled with the final deposition taking place on March 4, 2022. Given that the current deadline to complete discovery is January 28, 2022, Plaintiff and Defendants respectfully request that the deadline to complete discovery in this matter be extended to April 8, 2022.

Accordingly, the parties also respectfully request an extension to the remaining deadlines set forth in the Scheduling Order as follows:

| | |
|---|---|
| April 8, 2022 | Completion of discovery |
| April 8, 2022 | Identification of case-in-chief experts and service of Rule 26 disclosures |

| May 6, 2022 | Identification of rebuttal experts and service of Rule 26 disclosures |
| --- | --- |
| July 15, 2022 | Commencement of summary judgment motion practice.  Depending on the assigned district judge, the first action commencing the practice would be either requesting a pre-motion conference or initiating the exchange of Local Civil Rule 56.1 statements.  Parties are required to consult the individual rules of the district judge regarding motion practice. |

We note that the Court previously scheduled a pre-trial conference date of April 27, 2022. We request that the pre-trial conference be rescheduled to a date and time convenient to the Court that takes the amended schedule into consideration.

We appreciate your attention to this request.

Respectfully submitted,

**AIDALA, BERTUNA & KAMINS, P.C**.

*s/Michael DiBenedetto*

Michael DiBenedetto, Esq.

cc: Suzanne Messer, Esq.
Laura Harshbarger, Esq.

AIDALA, BERTUNA & KAMINS, P.C. • 546 FIFTH AVENUE, NEW YORK, NY, 10036 • T: 212-486-0011 • F: 212-750-8297 • WWW.AIDALALAW.COM