

One Lincoln Center | Syracuse, NY 13202-1355 | **bsk.com**

Suzanne M. Messer
315.218.8628
smesser@bsk.com

August 30, 2022

**VIA ELECTRONIC FILING**

Magistrate Judge Steven I. Locke
United States District Court, Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

Re:   *John Doe v. Long Island University, et al.*
      *Civil Action No.  2:20-cv-4256*

Dear Magistrate Judge Locke:

We represent the Defendants in the above-referenced matter.  We write on behalf of all parties to request that the Court adjourn the settlement conference currently scheduled for September 7, 2022 (6/29/2022 Docket Entry).

We spoke with Chambers on August 30, 2022 concerning the Court's availability for an adjourned date.  The parties are available on October 26, 2022 to attend a settlement conference.  We understand that the Court is available that afternoon.

Please advise as to whether this remains an available date, and as to the time of the conference.  We appreciate your attention to this request.

Respectfully submitted,

BOND, SCHOENECK & KING, PLLC

*s/Suzanne Messer*

Suzanne Messer

cc:   Imran H. Ansari, Esq. (Via ECF)