UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN DOE,<br><br>                Plaintiff,<br><br>v.<br><br>LONG ISLAND UNIVERSITY, JEAN ANN SMITH, NICOLE THOMAS, AND BRYAN COLLINS<br><br>                Defendants. | **STIPULATION OF DISCONTINUANCE**<br><br>Civil Action No. 2:20-cv-4256 |

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned attorneys for Plaintiff and attorneys for Defendants, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed, and no person not a party has an interest in the subject matter of the action, this action is hereby discontinued, on the merits, with prejudice, and without costs to either party against the other. This stipulation may be filed without further notice with the Clerk of the Court.

| AIDALA, BERTUNA & KAMINS, P.C. | BOND, SCHOENECK & KING, PLLC |
|---|---|
| By: *s/Imran Ansari*<br>    Imran Ansari<br><br>546 Fifth Avenue, 6th Floor<br>New York, New York 10036<br><br>Telephone: 212.468.0011<br>Email: iansari@aidalalaw.com<br><br>*Attorneys for Plaintiff* | By: *s/Suzanne M. Messer*<br>    Laura H. Harshbarger<br>    Suzanne M. Messer<br>Office and Post Office Address<br>One Lincoln Center<br>Syracuse, New York 13202<br>Telephone: 315.218.8000<br>Email: lharshbarger@bsk.com<br>Email: smesser@bsk.com<br><br>*Attorneys for Defendants* |

SO ORDERED this ___ day of _____, 2023, _____

                                                                        Hon. Steven I. Locke
                                                                        United States Magistrate Judge