UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

JOHN DOE,

    Plaintiff,

v.

LONG ISLAND UNIVERSITY, JEAN ANN SMITH, NICOLE THOMAS, AND BRYAN COLLINS

    Defendants.

**STIPULATION OF DISCONTINUANCE**

Civil Action No. 2:20-cv-4256

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned attorneys for Plaintiff and attorneys for Defendants, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed, and no person not a party has an interest in the subject matter of the action, this action is hereby discontinued, on the merits, with prejudice, and without costs to either party against the other. This stipulation may be filed without further notice with the Clerk of the Court.

AIDALA, BERTUNA & KAMINS, P.C.

By: *s/Imran Ansari*
    Imran Ansari

546 Fifth Avenue, 6th Floor
New York, New York 10036

Telephone: 212.468.0011
Email: iansari@aidalalaw.com

*Attorneys for Plaintiff*

BOND, SCHOENECK & KING, PLLC

By: *s/Suzanne M. Messer*
    Laura H. Harshbarger
    Suzanne M. Messer
Office and Post Office Address
One Lincoln Center
Syracuse, New York 13202
Telephone: 315.218.8000
Email: lharshbarger@bsk.com
Email: smesser@bsk.com

*Attorneys for Defendants*

SO ORDERED this 24 day of February, 2023,    s/Ann M. Donnelly
                                                         Hon. Ann M. Donnelly
                                                        United States District Judge